IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 3 1 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| OSCAR SOLIS, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | NO. 4:07-CV-653-A |
| § | |
| NATHANIEL QUARTERMAN, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONAL § | |
| INSTITUTIONS DIVISION, § | |
| § | |
| Respondent. § | |

## ORDER

After having considered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge filed January 31, 2008, the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner, Oscar Solis, on October 30, 2007, and other pertinent parts of the record of the above-captioned proceeding, including the document filed by petitioner on March 24, 2008, titled "Written Objection and De Novo Review to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Notice and Order; and Summary Judgment and Jury Trial Demand on the Merits and Notice and Order," the court is satisfied with the accuracy of the Magistrate Judge's findings and conclusions and approves the

Magistrate Judge's recommendation, all of which are adopted by reference in this order. Therefore,

The court ORDERS that the petition filed by Oscar Solis on October 30, 2007, be, and is hereby, dismissed as time barred.

SIGNED March 31, 2008.

---

JOHN McBRYDE
United States District Judge